United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10602-mdc
Alexander R. Ringgold                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2            Date Rcvd: Aug 05, 2016
                              Form ID: pdf900           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
```
db            +Alexander R. Ringgold,    5639 Addison Street,    Philadelphia, PA 19143-1307
cr             AmeriCredit Financial Services, Inc., d/b/a GM Fin,    P.O. Box 99605,
               Arlington, TX   76096-9605
13470518     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
13570508      +AmeriCredit Financial Services, Inc.,   d/b/a GM Financial,    c/o WILLIAM EDWARD CRAIG,
               110 Marter Avenue Suite 301,    Moorestown, NJ 08057-3124
13471951      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13464264      +Brown & Joseph Ltd,    1701 Golf Rd Bldg 2,    Rolling Meadows, IL 60008-4731
13464265      +Capital 1 Bank,    Attn: General Correspondence,   PO Box 30285,
               Salt Lake City, UT 84130-0285
13464266      +Cibik and Cataldo, P.C.,    1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
13464270      +Equifax,    P.O. Box 740241,   Atlanta, GA 30374-0241
13464271      +Experian,    Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
13464272      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13464274      +KML Law Group,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
13464275       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,   P.O. Box 280946,
               Harrisburg, PA 17120-0946
13483197      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila pa 19122-2898,
               Attn: Bankruptcy Dept 3Fl
13464277      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
13508059      +U.S BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:06     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2016 01:26:44
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2016 01:26:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13464262      +E-mail/Text: seinhorn@ars-llc.biz Aug 06 2016 01:27:10     Ability Recovery Servi,
               Po Box 4031,    Wyoming, PA 18644-0031
13464263      +E-mail/Text: EBNProcessing@afni.com Aug 06 2016 01:26:48     Afni, Inc.,
               Attention: Bankruptcy,    PO Box 3097,   Bloomington, IL 61702-3097
13506235      +E-mail/Text: bankruptcy@cavps.com Aug 06 2016 01:26:51     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13464268      +E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:06     City Of Philadelphia,
               Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,   Philadelphia, PA 19102-1611
13464269      +E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:06     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,   1515 Arch Street,   Philadephai, PA 19102-1504
13464273       E-mail/Text: cio.bncmail@irs.gov Aug 06 2016 01:26:29     I.R.S.,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
13464276      +E-mail/Text: blegal@phfa.org Aug 06 2016 01:26:47     Pa Housing Finance Age,   PO Box 8029,
               Harrisburg, PA 17105-8029
                                                                                              TOTAL: 10
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             AmeriCredit Financial Services, Inc. dba GM Financ
13657399*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13464267*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                   Date Rcvd: Aug 05, 2016
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              MICHAEL A. CATALDO2    on behalf of Debtor Alexander R. Ringgold ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Alexander R. Ringgold ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Alexander R. Ringgold ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc., d/b/a GM
               Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXANDER R. RINGGOLD                          Chapter 13

                        Debtor          Bankruptcy No. 15-10602-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___4th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
ALEXANDER R. RINGGOLD

5639 ADDISON STREET

PHILADELPHIA, PA 19143